UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** United States Securities and Exchange Commission

**Defendant(s):** Gary F Pryor ; ZipRemit, Inc. ; Lendaily, Inc.

County of Residence: Outside the State of Arizona

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Timothy S Leiman , Senior Trial Counsel
United States Securities and Exchange Commission
175 W Jackson Blvd., Suite 1450
Chicago, Illinois  60604
312-353-5213

Defendant's Atty(s):

---

II. Basis of Jurisdiction:    1. U.S. Government Plaintiff

III. Citizenship of Principal Parties **(Diversity Cases Only)**

  Plaintiff:- N/A
  Defendant:- N/A

IV. Origin :    1. Original Proceeding

V. Nature of Suit:    850 Securities/Commodities/Exchange

VI. Cause of Action:    15 U.S.C. § 77q(a) and § 78j(b), Securities Fraud

VII. Requested in Complaint
  Class Action: No

>	Dollar Demand:
>		Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:**  /s/ Timothy S Leiman

>	**Date:**  9/15/2020

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014