Timothy S. Leiman (IL Bar No. 6270153)
Jake Schmidt (IL Bar No. 6270569)
Emily Rothblatt (IL Bar No. 6309226)
Angela D. Dodd (IL Bar No. 6201068)
Attorneys for Plaintiff
**United States Securities and**
**Exchange Commission**
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone: (312) 353-7390
Fax: (312) 353-7398
leimant@sec.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

_____
                                                                    )
**United States Securities and**                    )
**Exchange Commission,**                            )
                                                                    )
              **Plaintiff,**                                )        **Civil Action No. 20-cv-1782-DJH**
                                                                    )
              v.                                             )        **PLAINTIFF SEC'S MOTION**
                                                                    )        **TO COMPEL**
**Gary F. Pryor, ZipRemit, Inc., and**         )
**Lendaily, Inc.,**                                       )
                                                                    )
              **Defendants,**                            )
                                                                    )
**Rebecca Cleary Pryor,**                          )
                                                                    )
              **Relief Defendant.**                  )
_____)

      Pursuant to the Court's Order dated June 9, 2021 (Dkt. #60) and Federal Rule of Civil Procedure 37(a), Plaintiff Unites States Securities and Exchange Commission ("SEC") files this motion to compel. For the reasons set forth in the accompanying Memorandum in Support of the Motion to Compel, the SEC moves the Court for an order compelling Defendants to provide discovery responses and for any further relief the Court deems appropriate. As required by the Local Rules, the

SEC has attached a Local Rule 7.2(j) statement to this motion and a proposed order.

WHEREFORE, the SEC respectfully requests that the Court grant the motion to compel and for any further relief deemed appropriate by the Court.

Dated:      June 23, 2021                              Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

*/s/ Jake Schmidt*
By:   One of its Attorneys

Timothy S. Leiman (IL Bar No. 6270153)
Jake Schmidt (IL Bar No. 6270569)
Emily Rothblatt (IL Bar No. 6309226)
Angela D. Dodd (IL Bar No. 6201068)
**United States Securities and Exchange Commission**
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone: (312) 886-3284
schmidtj@sec.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2021, I caused copies of the foregoing document to be served on the following:

<u>Via ECF and Email</u>:

Stephen Brower
BRENTWOOD LAW GROUP PLLC
2520 E. University Dr.
Suite 103
Tempe, Arizona 85281
PHN: 480-428-8012
sbrower@brentwoodlg.com

*Counsel for Relief Defendant Rebecca Pryor*


<u>Via ECF and Email</u>:

Mark D. Chester
LAW OFFICES OF MARK D. CHESTER, P.C.
8360 E. Raintree Drive
Suite 140
Scottsdale, Arizona  85260
PHN:  480-922-3939
mchester@mdclawyers.com

*Counsel for Defendants Gary F. Pryor, ZipRemit, Inc., and Lendaily, Inc.*


                                                  *s/ Jake Schmidt*
                                                  Jake Schmidt (schmidtj@sec.gov)